**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | } | |
| | } | Case No. 20-16125 |
| Rita R. Katz | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Judge Jacqueline P. Cox |

**NOTICE OF MOTION**

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Heather M. Giannino, Attorney for JPMorgan Chase Bank, Heavner, Beyers & Mihlar, LLC, P.O. Box 740, Decatur, IL 62525, via U.S. Mail;

Chase Mortgage, PO Box 182618, Columbus, OH 43218, via U.S. Mail;

Bristol Court Condo Association, 2300 Windsor Mall, Park Ridge, IL L60068, U.S. Mail;

Cook County Treasurer, 118 N. Clark St., Suite 112, Chicago, IL 60602, via U.S. Mail;

Rita R. Katz, 201 Thames Parkway, Unit 3J, Park Ridge, IL 60068; via U.S. mail;

SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE that on April 4th, 2022, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password**. The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on March 10, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin_____
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 305
Skokie, IL 60077
Phone: 847.972.6157

Label Matrix for local noticing
0752-1
Case 20-16125
Northern District of Illinois
Eastern Division
Tue Aug 25 12:15:14 CDT 2020

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Bristol Court Condo Assoc.
2300 Windsor Mall
Park Ridge, IL 60068-3699

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chase Mortgage
Mail code OH-7399
PO BOX 182618
Columbus, OH 43218-2618

Citi Cards
PO BOX 9001016
Louisville, KY 40290-1016

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Citibank/Shell Oil
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Cook County Treasurer
118 N. Clark St.
Suite 112
Chicago, IL 60602-1590

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

Rush University Medical Center
1620 W. Harrison
Chicago, IL 60612-3801

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440-9475

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd
Suite 312
Skokie, IL 60077-2269

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Rita R Katz
201 Thames Parkway, Unit 3J
Park Ridge, IL 60068-3653

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 20-16125 |
| Rita R. Katz | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Judge Jacqueline P. Cox |

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR by and through her attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 20-16125 on August 25, 2020.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on October 19, 2020, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 10.00%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

4. That the Debtor's confirmed plan requires her to pay $535.00 per month for 60 months.

5. That the Debtor had a series of medical issues that rendered her unable to work between May 2021 and November 2021. These issues caused Debtor's income to decrease significantly.

6. That as a result of the loss of income, Debtor fell behind on her Chapter 13 Plan payments and has been unable to cure the default.

7. That Debtor has returned to work and is able to resume making regular Trustee payments.

8.  That the Debtor asks this Honorable Court to defer the current default so that she may

    successfully complete this Chapter 13.

9.  That by deferring the current default, the creditors that have filed claims in this case will

    receive more than they would if the case were dismissed, or if the Debtor was forced to

    convert case to one arising under Chapter 7 of the Bankruptcy Code.

10. That the Debtor filed the instant case in good faith and intends to complete the Plan of

    Reorganization.


    WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying

the Chapter 13 plan to:

   A.  That the confirmed plan is modified to provide that the default accruing through

       March 2022 is hereby deferred;

   B.  That the remaining payments under the plan shall be $600.00 per month commencing

       April 2022 for 40 months.

   C.  That trustee shall not be required to perform collections on behalf of creditors

       pursuant to any prior confirmed plan; and

   D.  For such other and further relief this Court deems just and proper.


/s/ David Freydin
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157