UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 20-16125 |
|---|---|
| Rita R Katz, | Chapter 13 |
| Debtor. | Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

TO:     See attached Service List

PLEASE TAKE NOTICE that on June 13, 2022 at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the motion of JPMorgan Chase Bank, National Association for Relief from the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) businesses days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

JPMorgan Chase Bank, National Association,

By:  /s/ Maria C. Sanchez
Maria C. Sanchez
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. LITHERLAND (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## CERTIFICATE OF SERVICE

    I, Maria C. Sanchez, certify under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown or by the method indicated on the list on June 2, 2022, at 5:00 p.m.

                                                                 /s/ Maria C. Sanchez
                                                                     Maria C. Sanchez

## SERVICE LIST

**Service by Mail:**

Rita R Katz
201 Thames Parkway, Unit 3J
Park Ridge, IL 60068

**Service by Electronic Notice through ECF:**

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd Suite 312
Skokie, IL 60077

Thomas H. Hooper
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 20-16125 |
|---|---|
| Rita R Katz, | Chapter 13 |
| Debtor. | Honorable Jacqueline P. Cox |

**MOTION FOR ADEQUATE PROTECTION OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES JPMorgan Chase Bank, National Association ("Movant"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and hereby moves this Court for an entry of an order granting adequate protection or in the alternative entry of an order for relief from the automatic stay, pursuant to 11 U.S.C. §362, with respect to certain real property of the Debtor having an address of 201 Thames Parkway #3J, Park Ridge, Illinois 60068 ("Property"). The Required Statement is attached hereto as Exhibit "A", in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code on August 25, 2020.

2. The Debtor has executed and delivered or is otherwise obligated with respect to a Note in the original principal amount of $70,000.00 ("Note"). Movant is an entity entitled to enforce the Note.

3. Movant is a secured creditor by virtue of a Note secured by a Mortgage on the Property commonly known as 201 Thames Parkway #3J, Park Ridge, Illinois 60068.

4. Said Mortgage was recorded on February 22, 2017, in the Recorder's Office of Cook County, Illinois, as Document Number 1705342179 ("Mortgage"). All rights and remedies under the Mortgage have been assigned to the Movant. A copy of the Note, Mortgage, and Assignment of Mortgage are attached hereto and made a part hereof as Exhibit "B", Exhibit "C" and Exhibit "D", respectively.

5. The Debtor is the owner or occupant of said Property and said Property was included in the Debtor's Bankruptcy Petition. Said Property is the Debtor's principal residence.

6. Thomas H. Hooper is the Trustee duly appointed by law.

7. As of April 11, 2021, the outstanding amount of the Debtor's obligation under the Note is $66,307.51. The Debtor failed to pay property taxes on the Property in the amount of $3,683.52. This amount is comprised of taxes for PIN 09-34-102-045-1254 for the 2nd installment of the tax year 2019, due August 3,

2020, in the amount of $1,175.76 with penalties in the amount of $335.16, and a publication fee of $10.00; these outstanding taxes are listed in the debtor's plan to be paid directly by the debtor but have not been paid at this time. The outstanding amount also includes taxes for PIN 09-34-102-045-1254 for the 2nd installment of the 2020 tax year, due October 1, 2021, in the amount of $855.08 with penalties in the amount of $89.81 and taxes for PIN 09-34-102-045-1663 for the 2nd installment of the 2020 tax year, in the amount of $55.42 with penalties in the amount of $5.81. Additionally, the outstanding amount also includes taxes for PIN 09-34-102-045-1254 for the 1st installment of the 2021 tax year, due March 1, 2022, in the amount of $1,054.87 with penalties in the amount of $31.64 and taxes for PIN 09-34-102-045-1663 for the 1st installment of the 2021 tax year, in the amount of $67.93 with penalties in the amount of $2.04. A copy of County Tax Assessor's property search for both PINS are attached hereto as Exhibit "E".

8. The estimated market value of the property is $121,000.00. The basis for such valuation is the Debtor's Schedules.

9. The payoff of the additional lien on said Property is estimated to be $2,600.00. The basis for such estimation is the Debtor's Schedules.

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $68,907.51.

11. Pursuant to 11 U.S.C. §361, Movant requests an Order for Adequate Protection from the Court compelling the Debtor to immediately advance payment of the delinquent taxes to the taxing authority, as Movant would be irreparably harmed by the continued non-payment of the delinquent taxes.

12. In the alternative, pursuant to 11 U.S.C. §362(d), cause exists to grant Movant relief from the automatic stay for the following reasons:

A. Movant's interest in the Property is not adequately protected as there is a continuing daily increase in the total amount outstanding and chargeable against said Property for interest and costs due under the Note and Mortgage.

Movant prays that this Court enter an Order granting adequate protection requiring Debtor to bring the taxes current, require Debtor to stay current on all future tax and insurance and in the event of the Debtor's future default on the property taxes, a default order shall be entered granting Movant relief from the automatic

stay. In the alternative, Movant further moves the Court to terminate the automatic stay to allow Movant to take such actions with respect to the Property as are provided for under applicable non-bankruptcy law, including but not limited to, informing Debtor(s) of any loan modification, short sale, other loss mitigation, or should Debtor fail to respond to this Motion, a default Order shall be entered granting Movant relief from the automatic stay, and for such other relief which Movant may show itself justly entitled, either at law or in equity. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code. Movant further prays that the Court waive the provision of Rule 4001 (a) (3) and that JPMorgan Chase Bank, National Association be permitted to immediately enforce and implement any order granting relief from the automatic stay; and, that Movant be granted such other and further relief as is just.

JPMorgan Chase Bank, National Association,

By: /s/ Maria C. Sanchez
Maria C. Sanchez
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. LITHERLAND (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION

### PRACTICES ACT

### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor to whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation, which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, IL 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.