EXHIBIT E

# Your Property Tax Overview

**TOTAL TAXING DISTRICT DEBT ATTRIBUTED TO YOUR PROPERTY**

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$407** |
| **Property Value:** | **$4,230** |
| **Total Debt % Attributed to Your Property Value:** | **9.6%** |

To see the 20-Year History of Your Property Taxes, click here.

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2020 value.

See Details Here

**OVERVIEW - PAYMENTS**

Property Index Number (PIN): **09-34-102-045-1663**                BEGIN A NEW SEARCH

Scroll down for more information.


09341020451663  08/18/2008

**Property Location:**
201  THAMES PKY
PARK RIDGE, IL 60068-3687

**Volume:** 096

**Mailing Information:**
RITA ROZ KATZ
201 THAMES PKWY #3J
PARK RIDGE, IL 60068-3653

Update Your Information

---

## Are Your Taxes Paid?

**Tax Year 2019 (billed in 2020)**    Total Amount Billed: $123.79

| 1st INSTALLMENT - Tax Year 2019 | | 2nd INSTALLMENT - Tax Year 2019 | |
|---|---|---|---|
| **Original Billed Amount:** | $56.83 | **Original Billed Amount:** | $66.96 |
| **Due Date:** | 03/03/2020 | **Due Date:** | 08/03/2020 |
| **Tax:** | $0.00 | **Tax:** | $0.00 |
| **Interest:** | $0.00 | **Interest:** | $0.00 |
| **Current Amount Due:** | $0.00 | **Current Amount Due:** | $0.00 |

**Total Amount Due:**    **$0.00**

Expand Payment Details

**Tax Year 2020 (billed in 2021)**    Total Amount Billed: $123.50

| 1st INSTALLMENT - Tax Year 2020 | | 2nd INSTALLMENT - Tax Year 2020 | |
|---|---|---|---|
| **Original Billed Amount:** | $68.08 | **Original Billed Amount:** | $55.42 |
| **Due Date:** | 03/02/2021 | **Due Date:** | 10/01/2021 |
| **Tax:** | $0.00 | **Tax:** | $55.42 |
| **Interest:** | $0.00 | **Interest:** | $5.81 |
| **Current Amount Due:** | $0.00 | **Current Amount Due:** | $61.23 |

| | |
|---|---|
| **Total Amount Due:** | **$61.23** |

Expand Payment Details ▼

[Pay Now]

---

**Tax Year 2021 (billed in 2022)**    Total Amount Billed: $67.93

**1st INSTALLMENT** - Tax Year 2021

| | |
|---|---|
| **Original Billed Amount:** | $67.93 |
| **Due Date:** | 03/01/2022 |
| **Tax:** | $67.93 |
| **Interest:** | $2.04 |
| **Current Amount Due:** | **$69.97** |

| | |
|---|---|
| **Total Amount Due:** | **$69.97** |

Expand Payment Details ▼

[Pay Now]

**About payments:**

- Payments are recorded the date they are received. They appear on the website about three business days later.
- The current amount due is as of Monday, April 4, 2022. Questions about payments? Contact Us.
- To find out if taxes for this PIN are delinquent for Tax Year 2018 and earlier, search the Cook County Clerk's records.

---

### Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to pay in person or by mail.

- 📄 Tax Year 2021 First Installment  Due Tuesday, March 1, 2022
- 📄 Tax Year 2020 Second Installment  Due Friday, October 1, 2021
- 📄 Tax Year 2019 Second Installment  Due Monday, August 3, 2020

**Stop receiving your tax bill by mail.**

✉ Sign up for eBilling to receive future tax bills via email.

---

### Are There Any Overpayments on Your PIN?

Our records do not indicate a refund available on the PIN you have entered.

---

### Have You Received Your Exemptions in These Tax Years?

| Type | 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| **Homeowner Exemption:** | NO | NO | NO | NO |

|  | | | | |
|---|---|---|---|---|
| Senior Citizen Exemption: | NO | NO | NO | NO |
| Senior Freeze Exemption: | NO | NO | NO | NO |
| Returning Veteran Exemption: | NO | NO | NO | NO |
| Disabled Person Exemption: | NO | NO | NO | NO |
| Disabled Veteran Exemption: | NO | NO | NO | NO |

**Tax Year 2021 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.**

Apply for a missing exemption

You may also view lists of properties that may be entitled to missing senior exemptions for Tax Year 2019.

## 20-Year Property Tax Bill History

| | |
|---|---|
| Tax Year 2001: | $63.39 |
| Tax Year 2020: | $123.50 |
| **Difference:** | **+ $60.11** |
| **Percent Change:** | **+ 94.83%** |

See your complete property tax history.

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

## Taxing District Debt Attributed to <u>Your</u> Property

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$407** |
| **Property Value:** | **$4,230** |
| **Total Debt % Attributed to Your Property Value:** | **9.6%** |

**To see the 20-Year History of Your Property Taxes, click here.**

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2020 value. Select a taxing district name for detailed financial data.

| Your Taxing Districts | Total Debts and Liabilities | District Property Value | Property Value | % of Taxing District Debt | Estimated Total Debts and Liabilities to Property |
|---|---:|---:|---:|---:|---:|
| Northwest Mosquito Abatement Wheeling | $204,274 | $81,006,387,405 | $4,230 | 0.0000052% | $0 |
| Metro Water Reclamation Dist of Chicago | $4,441,258,000 | $499,550,395,719 | $4,230 | 0.0000008% | $38 |
| Park Ridge Park District | $16,229,820 | $5,865,942,900 | $4,230 | 0.0000721% | $12 |
| Oakton College Dist Skokie Des Plaines | $108,179,948 | $74,654,009,883 | $4,230 | 0.0000057% | $6 |
| Maine Township High School District 207 | $255,138,426 | $16,140,450,944 | $4,230 | 0.0000262% | $67 |
| Park Ridge/Niles School District 64 | $76,569,233 | $6,204,759,698 | $4,230 | 0.0000682% | $52 |
| City of Park Ridge | $71,094,764 | $5,823,044,754 | $4,230 | 0.0000726% | $52 |
| Town of Maine | $1,214,230 | $14,850,037,960 | $4,230 | 0.0000285% | $0 |
| Cook County Forest Preserve District | $517,794,937 | $508,789,915,240 | $4,230 | 0.0000008% | $4 |
| County of Cook | $21,176,754,633 | $508,789,915,240 | $4,230 | 0.0000008% | $176 |
| | | | **Total Taxing District Debt Attributed to Your Property:** | | **$407** |

**To read Treasurer Pappas' Debt Study and use the interactive map, click here.**

## Highlights of <u>Your</u> Taxing Districts' Debt and Pension

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts (minus Total Net Pension Liability) | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Employees | Retirees | Difference |
|---|---|---|---|---|---|---|
| Northwest Mosquito Abatement Wheeling | $231,779 | $7,760,171 | $73,862 | 22 | 9 | 13 |
| Metro Water Reclamation Dist of Chicago | $3,294,323,000 | $2,958,492,000 | $1,219,143,000 | 1,953 | 2,483 | -530 |
| Park Ridge Park District | $16,494,377 | $24,672,370 | ($7,389) | 631 | 85 | 546 |
| Oakton College Dist Skokie Des Plaines | $108,179,948 | $42,906,145 | $22,928,407 | 855 | 0 | 855 |
| Maine Township High School District 207 | $248,141,734 | $132,978,518 | $6,388,903 | 902 | 1,039 | -137 |
| Park Ridge/Niles School District 64 | $75,077,935 | $63,035,506 | $11,962,924 | 653 | 276 | 377 |
| City of Park Ridge | $39,716,209 | $256,055,679 | $54,379,363 | 297 | 2,377 | -2,080 |
| Town of Maine | $1,482,493 | $13,253,441 | ($268,263) | 26 | 49 | -23 |
| Cook County Forest Preserve District | $233,103,051 | $540,107,634 | $328,420,280 | 630 | 532 | 98 |
| County of Cook | $7,595,772,042 | $26,972,931,181 | $15,481,971,961 | 22,074 | 19,143 | 2,931 |

## Reports and Data for <u>All</u> Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Executive Summary
- Read the Debt Report
- Cook County Debt Map
- Correlation Chart Between Debt and Higher Taxes
- Search your property to find out what portion of local government debt is attributed to your property
- Debt to Property Value by Municipality - Residential and Commercial
- Debt and Disclosure Data
- Browse all financial reports filed by a specific local government

BEGIN A NEW SEARCH

DISCLAIMER: The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.

# Your Property Tax Overview

**TOTAL TAXING DISTRICT DEBT ATTRIBUTED TO YOUR PROPERTY**

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$9,300** |
| **Property Value:** | **$96,690** |
| **Total Debt % Attributed to Your Property Value:** | **9.6%** |

To see the 20-Year History of Your Property Taxes, click here.

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2020 value.

See Details Here

**OVERVIEW - PAYMENTS**

Property Index Number (PIN):  **09-34-102-045-1254**                    BEGIN A NEW SEARCH

Scroll down for more information.


09341020451254  08/18/2008

**Property Location:**
201  THAMES PKY
PARK RIDGE, IL 60068-3687
**Volume:**  096

**Mailing Information:**
RITA ROZ KATZ
201 THAMES PKWY APT 3J
PARK RIDGE, IL 60068-3653

Update Your Information

## Are Your Taxes Paid?

**Tax Year 2019 (billed in 2020)**    Total Amount Billed: **$1,932.48**

| 1st INSTALLMENT - Tax Year 2019 | | 2nd INSTALLMENT - Tax Year 2019 | |
|---|---|---|---|
| **Original Billed Amount:** | $756.72 | **Original Billed Amount:** | $1,175.76 |
| **Due Date:** | 03/03/2020 | **Due Date:** | 08/03/2020 |
| **Tax:** | $0.00 | **Tax:** | $1,175.76 |
| **Interest:** | $0.00 | **Interest:** | $335.16 |
| | | **Publication Fee:** | $10.00 |
| **Current Amount Due:** | $0.00 | **Current Amount Due:** | $1,520.92 |

**Total Amount Due:**    **$1,520.92**

**This Property Index Number (PIN) is listed in a petition for federal bankruptcy protection. Payments on this PIN are therefore restricted in accordance with federal law. For further information, please contact us.**

Total Amount Due includes a $10 Publication Fee.

Expand Payment Details ▼

**Tax Year 2020 (billed in 2021)**    Total Amount Billed: **$1,917.94**

| 1st INSTALLMENT - Tax Year 2020 | | 2nd INSTALLMENT - Tax Year 2020 | |
|---|---|---|---|
| **Original Billed Amount:** | $1,062.86 | **Original Billed Amount:** | $855.08 |
| **Due Date:** | 03/02/2021 | **Due Date:** | 10/01/2021 |

| | | | |
|---|---|---|---|
| Tax: | $0.00 | Tax: | $855.08 |
| Interest: | $0.00 | Interest: | $89.81 |
| Current Amount Due: | $0.00 | Current Amount Due: | $944.89 |

**Total Amount Due:**     **$944.89**

Expand Payment Details ▼

[ Pay Now ]

**Tax Year 2021 (billed in 2022)**     Total Amount Billed: $1,054.87

**1st INSTALLMENT - Tax Year 2021**

| | |
|---|---|
| Original Billed Amount: | $1,054.87 |
| Due Date: | 03/01/2022 |
| Tax: | $1,054.87 |
| Interest: | $31.64 |
| Current Amount Due: | $1,086.51 |

**Total Amount Due:**     **$1,086.51**

Expand Payment Details ▼

[ Pay Now ]

**About payments:**

- Payments are recorded the date they are received. They appear on the website about three business days later.
- The current amount due is as of Monday, April 4, 2022. Questions about payments? Contact Us.
- To find out if taxes for this PIN are delinquent for Tax Year 2018 and earlier, search the Cook County Clerk's records.

---

### Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to pay in person or by mail.

- Tax Year 2021 First Installment  Due Tuesday, March 1, 2022
- Tax Year 2020 Second Installment  Due Friday, October 1, 2021
- Tax Year 2019 Second Installment  Due Monday, August 3, 2020

**Stop receiving your tax bill by mail.**

✉ Sign up for eBilling to receive future tax bills via email.

---

### Are There Any Overpayments on Your PIN?

Our records do not indicate a refund available on the PIN you have entered.

### Have You Received Your Exemptions in These Tax Years?

| Type | 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| **Homeowner Exemption:** | YES | YES | YES | YES |
| **Senior Citizen Exemption:** | NO | NO | NO | NO |
| **Senior Freeze Exemption:** | NO | NO | NO | NO |
| **Returning Veteran Exemption:** | NO | NO | NO | NO |
| **Disabled Person Exemption:** | NO | NO | NO | NO |
| **Disabled Veteran Exemption:** | NO | NO | NO | NO |

Tax Year 2021 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.

Apply for a missing exemption

You may also view lists of properties that may be entitled to missing senior exemptions for Tax Year 2019.

### 20-Year Property Tax Bill History

| | |
|---|---|
| Tax Year 2001: | $883.95 |
| Tax Year 2020: | $1,917.94 |
| **Difference:** | **+ $1,033.99** |
| **Percent Change:** | **+ 116.97%** |

See your complete property tax history.

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

### Taxing District Debt Attributed to <u>Your</u> Property

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$9,300** |
| **Property Value:** | **$96,690** |
| **Total Debt % Attributed to Your Property Value:** | **9.6%** |

To see the 20-Year History of Your Property Taxes, click here.

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2020 value.

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Total Debts and Liabilities | District Property Value | Property Value | % of Taxing District Debt | Estimated Total Debts and Liabilities to Property |
|---|---|---|---|---|---|
| Northwest Mosquito Abatement Wheeling | $204,274 | $81,006,387,405 | $96,690 | 0.0001194% | $0 |
| Metro Water Reclamation Dist of Chicago | $4,441,258,000 | $499,550,395,719 | $96,690 | 0.0000194% | $860 |
| Park Ridge Park District | $16,229,820 | $5,865,942,900 | $96,690 | 0.0016483% | $268 |
| Oakton College Dist Skokie Des Plaines | $108,179,948 | $74,654,009,883 | $96,690 | 0.0001295% | $140 |
| Maine Township High School District 207 | $255,138,426 | $16,140,450,944 | $96,690 | 0.0005991% | $1,528 |
| Park Ridge/Niles School District 64 | $76,569,233 | $6,204,759,698 | $96,690 | 0.0015583% | $1,193 |
| City of Park Ridge | $71,094,764 | $5,823,044,754 | $96,690 | 0.0016605% | $1,181 |
| Town of Maine | $1,214,230 | $14,850,037,960 | $96,690 | 0.0006511% | $8 |
| Cook County Forest Preserve District | $517,794,937 | $508,789,915,240 | $96,690 | 0.0000190% | $98 |
| County of Cook | $21,176,754,633 | $508,789,915,240 | $96,690 | 0.0000190% | $4,024 |
| | | | **Total Taxing District Debt Attributed to Your Property:** | | **$9,300** |

To read Treasurer Pappas' Debt Study and use the interactive map, click here.

## Highlights of <u>Your</u> Taxing Districts' Debt and Pension

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts (minus Total Net Pension Liability) | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Employees | Retirees | Difference |
|---|---|---|---|---|---|---|
| Northwest Mosquito Abatement Wheeling | $231,779 | $7,760,171 | $73,862 | 22 | 9 | 13 |
| Metro Water Reclamation Dist of Chicago | $3,294,323,000 | $2,958,492,000 | $1,219,143,000 | 1,953 | 2,483 | -530 |
| Park Ridge Park District | $16,494,377 | $24,672,370 | ($7,389) | 631 | 85 | 546 |
| Oakton College Dist Skokie Des Plaines | $108,179,948 | $42,906,145 | $22,928,407 | 855 | 0 | 855 |
| Maine Township High School District 207 | $248,141,734 | $132,978,518 | $6,388,903 | 902 | 1,039 | -137 |
| Park Ridge/Niles School District 64 | $75,077,935 | $63,035,506 | $11,962,924 | 653 | 276 | 377 |
| City of Park Ridge | $39,716,209 | $256,055,679 | $54,379,363 | 297 | 2,377 | -2,080 |
| Town of Maine | $1,482,493 | $13,253,441 | ($268,263) | 26 | 49 | -23 |
| Cook County Forest Preserve District | $233,103,051 | $540,107,634 | $328,420,280 | 630 | 532 | 98 |
| County of Cook | $7,595,772,042 | $26,972,931,181 | $15,481,971,961 | 22,074 | 19,143 | 2,931 |

## Reports and Data for <u>All</u> Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Executive Summary
- Read the Debt Report
- Cook County Debt Map
- Correlation Chart Between Debt and Higher Taxes
- Search your property to find out what portion of local government debt is attributed to your property
- Debt to Property Value by Municipality - Residential and Commercial
- Debt and Disclosure Data
- Browse all financial reports filed by a specific local government

BEGIN A NEW SEARCH

DISCLAIMER: The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.