### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In Re:** } | |
| } | Case No. 20-16125 |
| Rita R. Katz } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | Judge Jacqueline P. Cox |

### NOTICE OF MOTION

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Heather M. Giannino, Attorney for JPMorgan Chase Bank, Heavner, Beyers & Mihlar, LLC, P.O. Box 740, Decatur, IL 62525, via U.S. Mail;

Chase Mortgage, PO Box 182618, Columbus, OH 43218, via U.S. Mail;

Bristol Court Condo Association, 2300 Windsor Mall, Park Ridge, IL L60068, U.S. Mail;

Cook County Treasurer, 118 N. Clark St., Suite 112, Chicago, IL 60602, via U.S. Mail;

Rita R. Katz, 201 Thames Parkway, Unit 3J, Park Ridge, IL 60068; via U.S. mail;

SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE that on August 8th, 2022, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password**. The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on July 13, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 305
Skokie, IL 60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-16125<br>Northern District of Illinois<br>Eastern Division<br>Tue Aug 25 12:15:14 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Bristol Court Condo Assoc.<br>2300 Windsor Mall<br>Park Ridge, IL 60068-3699 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chase Mortgage<br>Mail code OH-7399<br>PO BOX 182618<br>Columbus, OH 43218-2618 | Citi Cards<br>PO BOX 9001016<br>Louisville, KY 40290-1016 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/Shell Oil<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Cook County Treasurer<br>118 N. Clark St.<br>Suite 112<br>Chicago, IL 60602-1590 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| Rush University Medical Center<br>1620 W. Harrison<br>Chicago, IL 60612-3801 | Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rita R Katz<br>201 Thames Parkway, Unit 3J<br>Park Ridge, IL 60068-3653 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                  17 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 20-16125 |
| Rita R. Katz } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | Judge Jacqueline P. Cox |

**DEBTOR'S MOTION TO MODIFY PLAN**

NOW COMES THE DEBTOR by and through her attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 20-16125 on August 25, 2020.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on October 19, 2020, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 10.00%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case. While

4. That the Debtor's confirmed plan requires her to pay $535.00 per month for 60 months.

5. That the Cook County Treasurer filed Claim 1-1 in the amount of $1,175.76.

6. That while Claim 1-1 was included in Section 3.1 of the confirmed plan, the Trustee has made no distributions yet to the Cook County Treasurer because this secured claim does not have a et payment.

7. That Debtor seeks to modify her confirmed plan to modify payments to the Cook County Treasurer in Section 3.1 of the plan, with a total claim of $1,175.76, to add monthly payments of $500.00 with an interest of 18.00%.

8. That the Debtor filed the instant case in good faith and intends to complete the Plan of Reorganization.

WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan to:

A. That the confirmed plan is modified to add a set payment to the Cook County Treasurer in Section 3.1 of the plan, with a total of $1,175.76, monthly payments of $500.00, with an interest of 18.00%;

B. For such other and further relief this Court deems just and proper.


/s/ David Freydin
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157